IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HASKELL OFFICE LLC,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **MOORECO, INC.,** | : | |
| *Defendant.* | : | **NO. 21-02533** |

# ORDER

 **AND NOW**, this **19th** day of **May 2022**, upon consideration of Plaintiff's Motion to Dismiss for Lack of Jurisdiction Counterclaim One (ECF No. 34), Plaintiff's Amended Memorandum in Support (ECF No. 35), Defendant's Response in Opposition (ECF No. 36), Defendant's Supplemental Memorandum in Response (ECF No. 37), and Plaintiff's Reply (ECF No. 38), it is hereby **ORDERED** that the Motion is **GRANTED** and Counterclaim One is **DISMISSED WITH PREJUDICE**.

 Furthermore, Plaintiff must submit its Answer and/or responsive pleading to the remaining counterclaims on or before **June 9, 2022**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**