**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HASKELL OFFICE, LLC, | ) <br> ) |
| Plaintiff, | ) <br> ) Civil Action No. 2:21-02533-CFK |
| v. | ) <br> ) |
| MOORECO, INC., | ) <br> ) |
| Defendant. | ) <br> ) |

**DECLARATION OF ALAN ROBINS PURSUANT TO 28 U.S.C. § 1746**

I, Alan Robins, hereby declare as follows:

1. I am making this declaration in connection with Haskell Office, LLC's opposition to MooreCo, Inc.'s Motion for Attorney's Fees, Costs, and Sanctions. I have personal knowledge of the facts herein.

2. I am the President and Chief Operating Officer of Haskell Office, LLC, and one of its principals.

3. On January 14, 2022, I sent an email to Fairmount Partners asking if MooreCo had signed an NDA. At the time, I did not recall whether they had or had not. Jonathan Smith of Fairmount replied to my email the same day, saying that they had, and attaching a copy of it. I then sent an email the same day to my brother Bruce, saying "realized that Mooreco signed an NDA." A true and correct copy of those email exchanges are attached to this declaration as Exhibit A.

4. At the time I sent my inquiry to Mr. Smith on January 14, 2022, I did not recall any prior communications or discussions about any such NDA with our attorneys or with Fairmount itself. I was also not aware that I or the company had a copy of such an NDA at that time. That's why I sent the January 14, 2022 email to Mr. Smith at Fairmount.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 12, 2022.

By:

_/s/ Alan Robins_

Alan Robins

2

# EXHIBIT A

## Confidential Exhibit

## Filed Under Seal