IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HASKELL OFFICE, LLC** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No. 21-2533 |
| | : | |
| **MOORECO, INC** | : | |
| *Defendant.* | : | |

**ORDER**

**AND NOW**, this **22nd day** of **March 2023**, having considered Defendant's Motion for Attorney's Fees & Memorandum in Support (ECF Nos. 89, 90); Plaintiff's Response (ECF Nos. 99, 100); Defendant's Reply (ECF Nos. 114, 115); Defendant's letter dated January 20, 2023 (ECF No. 117); Plaintiff's letter dated January 27, 2023 (ECF No. 120); Defendant's letter dated February 13, 2023 (ECF No. 124); Defendant's letter dated February 15, 2023 (ECF No. 125); Plaintiff's letter dated February 17, 2023 (ECF No. 126); Defendant's letter dated February 17, 2023 (ECF No. 127), and oral argument held on January 18, 2023 (ECF Nos. 118, 119), and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendants' Motion for Attorney's Fees (ECF No. 89) is **DENIED**.

The Clerk of Court is hereby directed to close the above-captioned matter.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**